UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 03340
NATHAN MARTIN
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
SSN XXX-XX-6587

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 02/14/08 and confirmed on 04/18/08.

     2.   The case was dismissed after confirmation, 12/05/2008.

     3.   The Debtor paid a total of $   5950.00 .

     4.   The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | SECURED | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 3500.00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 17711.50 | 709.16 | 1449.85 |
| CITY OF JOLIET | SECURED | 313.00 | .00 | 76.02 |
| SILVER LEAF TOWNHOMES | SECURED | 155.00 | .00 | 44.79 |
| BUREAU OF COLLECTION REC | UNSECURED | NOT FILED | .00 | .00 |
| CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| CLT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILL STATE TOLL HIWAY AUT | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MY CASH NOW | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NUMARK CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| PERSONAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| PHYSICIANS IMMEDIATE CAR | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RESIDENT DATA COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

```
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED                .00              .00
SECURITY FINANCIAL         UNSECURED      NOT FILED                .00              .00
THE CASH STORE             UNSECURED      NOT FILED                .00              .00
THE CASH STORE             UNSECURED      NOT FILED                .00              .00
THE CASH STORE             UNSECURED      NOT FILED                .00              .00
THE CASH STORE             UNSECURED      NOT FILED                .00              .00
TRIBUTE GOLD MASTERCARD    UNSECURED      NOT FILED                .00              .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  21679.50         .00          .00          .00      21679.50
PRINCIPAL PAID       1570.66         .00          .00          .00       1570.66
INTEREST PAID         709.16         .00          .00          .00        709.16
TOTAL PAID           2279.82         .00          .00          .00       2279.82
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00
and was paid $     166.00   direct and $    3334.00   through the plan.

The Trustee received $     336.18 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
     Dated: 03/18/09                    /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```